UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

THE CONTINENTAL INSURANCE CO.,

                                    Plaintiff,                         24 Civ. 3124 (PAE)
                  -v-
                                                                       ORDER
SELECTIVE FIRE CASUALTY INSURANCE CO.,

                                    Defendant.

PAUL A. ENGELMAYER, District Judge:

As agreed to by counsel for both parties via email, the initial pretrial conference currently

scheduled for July 17, 2024 at 3:00 pm is hereby adjourned to July 31, 2024 at 3:00 pm.

SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge

Dated: July 16, 2024
       New York, New York