UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

THE CONTINENTAL INSURANCE CO.,

                        Plaintiff,

        -v-

SELECTIVE FIRE AND CASUALTY
INSURANCE CO.,

                        Defendant.

24 Civ. 3124 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

The case management conference remains scheduled for Monday, January 6, 2025 at 3:00 p.m. This conference will be held telephonically. **The Court's dedicated conference line has changed to (855)-244-8681, Access Code 2318-315-0661, followed by the pound (#) key.**

SO ORDERED.

*Paul A. Engelmayer*
_____
PAUL A. ENGELMAYER
United States District Judge

Dated: November 26, 2024
       New York, New York