UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------x
THE CONTINENTAL INSURANCE
COMPANY,

                         Plaintiff,

                  v.

SELECTIVE FIRE AND CASUALTY
INSURANCE COMPANY,
                       Defendant.

-----------------------------------------------------------x

Case No.: 1:24-civ-03124 (PAE)

**CONSENT ORDER**

       THIS MATTER having been opened to the Court by means of a Consent Order jointly submitted by counsel for both parties, Janet Lee, Esq., CNA, appearing on behalf of Plaintiff The Continental Insurance Company ("continental"), and Anne Anne Mohan, Esq., Riker Danzig, LLP, appearing *pro hac vice* on behalf of Selective Fire and Casualty Insurance Company ("Selective"), and the Court having considered the proposed Order and good cause appearing, it is on this _____ day of January, 2025, hereby

       ORDERED that, as to Plaintiff's First Claim for Relief, that portion of the claim seeking a declaratory judgment that Selective is required to defend Continental's policyholder is hereby dismissed with prejudice; and it is further

       ORDERED that, as to Plaintiff's First Claim for Relief, that portion of the claim seeking a declaratory judgment that Selective is required to indemnify Selective's policyholder is hereby stayed pending resolution of the underlying action identified in the Complaint; and it is further

ORDERED that Plaintiff's Second Claim for Relief is hereby dismissed with prejudice; and it is further

ORDERED that the text Order entered on the docket on January 6, 2025, Document No. 26, is hereby vacated.

We consent to the above Order.

| | |
|---|---|
| Janet J. Lee, Esq.<br>CNA<br>Counsel for Plaintiff The<br>Continental Insurance Company<br><br>*[signature]*<br>_____<br>Janet J. Lee, Esq.<br><br>Dated: January 7, 2025 | Anne M. Mohan, Esq.<br><br>Riker Danzig, LLP<br>Counsel for Defendant Selective Fire and Casualty<br><br>*[signature]*<br>_____<br>Anne M. Mohan, Esq.<br><br>Dated: January 7, 2025 |

GRANTED. The case is hereby stayed pending resolution of the underlying state-court action. By April 9, 2025 and every 90 days thereafter, the parties shall file a joint letter reporting on the status of the underlying action.

SO ORDERED.

*[signature: Paul A. Engelmayer]*
_____
PAUL A. ENGELMAYER
United States District Judge

Date: January 8, 2025

2